IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARK SYKES                                                                    PETITIONER

vs.                                                              Civil Action No. 3:06-cv-3 WS

CHUCK ABRAM and JIM HOOD                                           RESPONDENTS

## FINAL JUDGMENT

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner and respondents' motion to dismiss the petition as untimely. This court, having adopted the Report and Recommendation as the order of this court, hereby grants respondents' motion and dismisses petitioner's petition for writ of habeas corpus with prejudice. The above-styled and numbered cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED, THIS THE 17th day of August, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE